**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. ___19-2339 JJO___

UNITED STATES OF AMERICA

v.

**Maria Teresa GONIMA OLLAYA and**
**Ginger GARCES-UZCATEGUI,**

Defendants.

_____/

## CRIMINAL COMPLAINT COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?     ____ Yes     __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?     _____ Yes     __X__ No

Respectfully submitted,

ARIANA FAJARDO-ORSHAN
UNITED STATES ATTORNEY

BY: _____ 03/12/2019
                                                      10:05am
Vanessa Singh Johannes
Assistant United States Attorney
Court ID No. A5501644
99 N.E. 4th Street, 8th Floor
Miami, Florida 33132-2111
Tel: (305) 961-9023
Fax: (305) 536-4699
Vanessa.S.Johannes@usdoj.gov

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Maria Teresa GONIMA OLLAGA and<br>Ginger GARCES-UZCATEGUI<br><br><br><br>*Defendant(s)* | )<br>)<br>)   Case No.  19.23339 JJO<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  appr. Nov. 2018 through Mar. 2019  in the county of        MIAMI-DADE        in the

   SOUTHERN    District of        FLORIDA       , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| TITLE 18, UNITED STATES CODE, SECTION 371 | Defendants did knowingly and willfully combine, conspire, confederate, and agree with each other and others to knowingly transport any individual, in interstate and foreign commerce, with intent that such individual engage in prostitution, in violation of Title 18, United States Code, Section 2421(a), and to knowingly persuade, induce, entice, and coerce any individual to travel in interstate and foreign commerce to engage in prostitution, in violation of Title 18, United States Code, Section 2422(a); all in violation of Title 18, United States Code, Section 371. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT OF HSI SPECIAL AGENT RAFAEL A. ALBUERNES.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

RAFAEL A. ALBUERNES, HSI SPECIAL AGENT
*Printed name and title*

Sworn to before me and signed in my presence.

Date:    3/12/19

_____
*Judge's signature*

City and state:        MIAMI, FLORIDA        

HON. MAGISTRATE JUDGE JOHN O'SULLIVAN
*Printed name and title*

19-2339 ठ्ठे

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent Rafael A. Albuernes, having been first duly sworn, do hereby depose and state as follows:

### AFFIANT'S BACKGROUND

1.      I am employed as a Special Agent with the Department of Homeland Security ("DHS"), United States Homeland Security Investigations ("HSI") and have been so employed since 2009.  Prior to that time, I was employed as a United States Border Patrol Agent for six years, stationed in Arizona.  I hold a Bachelor's degree in Criminal Justice from Wayland Baptist University.  Currently, I am assigned to the Human Trafficking Group in Miami (HSI-Miami).

2.      As a Special Agent with HSI, my duties and responsibilities include conducting criminal investigations of individuals and organizations that have violated federal laws, particularly those enumerated in Titles 8, 18, 19 and 21 of the United States Code.  Based on my training and experience, I am knowledgeable about proper investigative techniques relating to violations of federal laws, including the application and execution of search, arrest, and seizure warrants.

3.      As a federal agent, I have participated in investigations of persons suspected of violating federal immigration laws, federal human trafficking laws, and federal prostitution laws, enumerated in Title 18, United States Code, Sections 2421 and 2422.  These investigations have included the use of surveillance techniques, undercover activities, the interviewing of subjects and witnesses, and the planning and execution of arrest, search, and seizure warrants.  As a federal agent, I am authorized to conduct investigations of and execute warrants for offenses involving the trafficking of persons and related offenses, including federal prostitution, as enumerated in Title 18, United States Code, Sections 2421 and 2422.

## PURPOSE OF THE AFFIDAVIT

4.      Based on my training and experience and the facts as set forth in this Affidavit, there is probable cause to believe that Maria Teresa GONIMA Ollaga ("GONIMA") and Ginger GARCES-UZCATEGUI have violated Title 18, United States Code, Section 371, by conspiring with each other and others to knowingly transport any individual, in interstate and foreign commerce, with intent that such individual engage in prostitution, in violation of Title 18, United States Code, Section 2421(a), and to knowingly persuade, induce, entice, and coerce any individual to travel in interstate and foreign commerce to engage in prostitution, in violation of Title 18, United States Code, Section 2422(a) (that is, conspiring to commit Mann Act violations).

5.      The facts in this Affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses and a confidential informant.

## PROBABLE CAUSE

6.      In August of 2018, a twenty-five year-old female (hereinafter CS1) entered the United States, via Fort Lauderdale International Airport, in-bound from the Bahamas.  At the time, CS1 was working as a high-end escort, alongside GONIMA.  Utilizing border search authority, upon CS1's arrival, HSI-Miami took temporary custody of CS1's cellular device.  At a later date, CS1 provided written and verbal consent for law enforcement to search the cellular device.  The data from CS1's cellular device was reviewed and revealed that CS1, GONIMA, and several other co-conspirators discussed prostitution services via the online chatting application, WhatsApp.  CS1 later told law enforcement that GONIMA initially recruited her for modeling opportunities, via the Internet/social media applications, and later approached her to work as a prostitute.  CS1 resides in Miami and has worked primarily local prostitution jobs with

3

GONIMA. She provides information, however, on interstate and foreign travel for prostitution by GONIMA and co-conspirators.

7.      With regard to the WhatsApp chats, law enforcement identified direct, one-on-one WhatsApp messages between CS1 and GONIMA, who was utilizing cellular telephone number ending in 0062, discussing the exchange of sexual services for money. The messages revealed that GONIMA solicited CS1 on multiple occasions to participate in prostitution with one of GONIMA's clients, at specific places and times, for a fee. The messages also revealed that GONIMA charged a commission for her facilitation of the transaction, which was taken out of the total funds CS1 received after completing sexual acts with the client. When interviewed, CS1 identified an image of GONIMA and confirmed that she (CS1) had sex with a client, booked through GONIMA, for a monetary fee. CS1 also confirmed that she was paid approximately $2,100 USD by the client and provided approximately $1,100 USD to GONIMA as a commission fee.

8.      In addition to the direct messaging with CS1, further review revealed that CS1 participated in a WhatsApp group chat titled "Worldwide Model Castings Group" ("WCMG") beginning in June of 2018 and continuing to the present. A review of multiple months of messaging within WMCG revealed the following with regard to the nature and dynamics of the group chat:

        a.   GONIMA created and maintains the group, to include specific requirements for participants and rules to follow within the group. For example, the group chat shows a "System Message" in April 2018 stating that "1XXXXXX0062@s.whatsapp.net" (that is, GONIMA's telephone number) created the group. On July 27, 2018, GONIMA, using that same number,

messaged the group: "Minimum booking in this group is 1k." Also, on August 9, 2018, GONIMA posted to the group, using that same number: "Late 1,000 minimum here. And NOT even for all night. Follow the rules please."

    b.  The WMGC operates, in essence, as a prostitution advertisement job board with GONIMA, and other identified and un-identified co-conspirators, posting several prostitution opportunities on a daily basis. For example, on July 4, 2018, GONIMA posted, from the number ending in 0062: "Girls that can travel to Chicago. 1 day trip. Flights from NY, MIAMI, LA, etc. (ONLY US). HOT GIRLS. 2,000 clean or UP Depending on model. Who's available +1XXXXXX0062."

    c.  The purpose of the group is to make money. For example, on August 9, 2018, GONIMA posted, using the same number identified above (ending in 0062), and in reference to another participant: "She made me look bad with multiple agents. And all I did was being nice to her and try to make money together."

9. Within the WMCG chat, on January 11, 2019, GONIMA posted the following, using the number ending in 0062: "*Notice* Girls in changing my number. Please delete this one and save the new one +1XXXXXX9080." Indeed, around that time, CS1 informed law enforcement that GONIMA changed her phone number to this latter number.

10. On March 3, 2019, GONIMA messaged CS1 via WhatsApp from her new number (ending in 9080). GONIMA asked if CS1 was currently in Miami, Florida and solicited CS1 to travel to the Bahamas for a single night. CS1 declined the offer. On March 3, 2019, GONIMA, using the number ending in 9080, posted the following to the WMCG chat: "Trip Bahamas – From Miami* Tomorrow. Who's available?? ONLY FROM MIAMI. 3k clean per girl." Later,

GONIMA expanded upon this, by writing: "Who can go to the Bahamas tomorrow from NY. Mexico, Miami or the East Coast. Please message me ASAP."

11.     On March 4, 2019, GONIMA exited the United States aboard a private aircraft. Also aboard the flight were six additional female occupants. On March 5, 2018, GONIMA and the six women attempted entry into the United States at the Port of Miami Seaport, inbound from the Bahamas aboard a private chartered sea plane. Upon entry, two of the women, "Y.P." and "A.C." were escorted to secondary examination by Customs and Border Protection ("CBP") officers. "Y.P." and "A.C." are Argentinian nationals, who were temporarily residing in the United States on business or pleasure visas. Both women were interviewed. During their interviews, both "Y.P." and "A.C." stated they were recruited by GONIMA to travel to the Bahamas. Neither admitted to engaging in sexual acts, however both stated GONIMA paid them $2,500 USD for the trip.

12.     In regards to the Bahamas trip, "A.C." stated that GONIMA told her that her (GONIMA's) friends were "very generous" and that they would be attending a bachelor party. "A.C." explained that, in the Bahamas, the girls were each paired with an elderly male. "A.C." stated that GONIMA told her she should have sex with the male that "A.C." was with, but "A.C." stated that she did not do so.

13.     On March 9, 2019, law enforcement learned that GONIMA purchased a one-way airline ticket from Miami, Florida to Cartagena, Colombia, scheduled to depart on March 11, 2019. On March 11, 2019, law enforcement conducted a "knock-and-talk" at GONIMA's residence in Miami, Florida. GONIMA was present, along with one female resident, Ginger GARCES-UZCATEGUI. Both were *Mirandized*, voluntarily agreed to speak to law enforcement, and were subsequently interviewed.

14.     GONIMA stated, in part, that the cellular telephone number identified above (ending in 0062) belonged to her for some period of time. She admitted it was used to create the WMCG chat on WhatsApp. GONIMA admitted that the purpose of the group was to facilitate sexual services in exchange for money.

15.     GARCES-UZCATEGUI stated, in part, that she was a participant within the WMCG chat group. She met GONIMA through another individual, who worked in the prostitution industry as a broker/madam. She currently resides with GONIMA. Though GARCES-UZCATEGUI did not admit to working as a prostitute herself, she stated that she sent, via the WhatsApp chat group, messages to other females regarding work. A law enforcement review of the chats confirmed that GARCES-UZCATEGUI posted at least three solicitations for prostitution work beginning in or around November 2018. For example, on December 18, 2018, she sent the following to the group: "*MADRID* Dinner + extra 4 hours Nice and handsome young friend * he likes Venezuelan type* *brunette and ONLY SPANISH LANGUAGE * 2.500 -30% Send 3 pics + Name, age, height, nationality." GARCES-UZCATEGUI stated that the term "extra" in that posting specifically referred to sex. GARCES-UZCATEGUI knew that the females in the group were providing sex in exchange for money.

## CONCLUSION

16.     Based on the information set forth in this Affidavit, I submit there is probable cause to believe that Maria Teresa GONIMA Ollaga and Ginger GARCES-UZCATEGUI have violated Title 18, United States Code, Section 371, by conspiring with each other and others to knowingly transport any individual, in interstate and foreign commerce, with intent that such individual engage in prostitution, in violation of Title 18, United States Code, Section 2421(a), and to knowingly persuade, induce, entice, and coerce any individual to travel in interstate and

foreign commerce to engage in prostitution, in violation of Title 18, United States Code, Section 2422(a) (that is, conspiring to commit Mann Act violations).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Respectfully submitted,

HSI Special Agent Rafael A. Albuernes
Miami, Florida

Subscribed and sworn to before me on this 12 date of March 2019 in Miami, Florida:

HONORABLE JOHN O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA